# U.S. Department of Justice
## United States Marshals Service

**PROCESS RECEIPT AND RETURN**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 DEC -6 PM 1:03

CLERK'S OFFICE
AT BALTIMORE

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | PWG 17 CV 3501 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $48,382.00 in U.S. Currency | Verified Complaint in Rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
17-FBI-004441 / 245C-WF-6191214

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Naquita C. Ervin, Paralegal Specialist
U.S. Attorney's Office
36 S. Charles Street, 4th floor
Baltimore, Maryland 21201

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Post Notice on property premises. Fill in the date of arrest in this process receipt and return our copy.

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 410-209-4800
DATE: 11/22/17

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. 1 | District of Origin No. 37 | District to Serve No. 37 | Signature of Authorized USMS Deputy or Clerk: Rebecca Patten | Date 11/22/17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/7/17
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee 55 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 55 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |

REMARKS: The above currency was administratively seized by FBI and turned over to the USMS for custody pending forfeiture 7/7/17.

Entered and Executed into JDIS on 11/30/17

PRIOR EDITIONS MAY BE USED

SEND ORIGINAL + 2 COPIES to USMS.

FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt