# SEIZED ASSET CLAIM FORM

PWG 17-03501

FILED
LOGGED ENTERED
RECEIVED
JAN 29 2018
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

[Agency Name – from Notice Letter or Internet Advertisement]

[Agency Address– from Notice Letter or Internet Advertisement]

**YOU MUST COMPLETE ALL PARTS OF THIS FORM FOR THE ASSETS YOU ARE CLAIMING.**

| PART I: Enter your contact information |
| --- |
| Name: Alba Del Carmen Maldonado Ramirez |
| Address: [Include Street, City, State and Zip Code] 8127 15TH Ave. #203, Hyattsville MD 20783 |
| Telephone Number: (optional) (301) 383-5277    Email Address: (optional) |
| Attorney Name: (optional) |
| Attorney Address: [Include Street, City, State and Zip Code] |
| Attorney Telephone Number: (optional)    Attorney Email Address: (optional) |

| PART II: List all assets you are claiming |
| --- |
| State your interest in each asset listed and explain why you believe the property belongs to you. You may attach documents to support your claim. If claiming more than three assets, continue on a separate page. |

1. Asset ID Number: PWG-17-03501
   Description of Asset: $48,382.- (CASH)
   Interest in Property: IT'S CASH MONEY FROM MY PROPERTY

2. Asset ID Number:
   Description of Asset:
   Interest in Property:

3. Asset ID Number:
   Description of Asset:
   Interest in Property:

1

**PART III: Declaration**

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_Alba Maldonado_
Name Printed

_Alba Maldonado._
Signature

_1/23/2018_
Date


If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. 18 U.S.C. § 983(h). A false statement or claim may subject a person to prosecution under 18 U.S.C. § 1001.