IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | * | |
| | * | |
| vs. | | Civil Action No.   PWG-17-3501 |
| | * | |
| $48,382 IN U.S. CURRENCY,<br>Defendant. | * | |

\*\*\*\*\*\*

**ORDER**

The court file, reflecting that nothing has been filed since January 2018, and the Government has not filed any documents for more than nine months, it is this 6th day of September 2018, hereby ORDERED that the parties show good cause within 14 days of the date of this Order why the case should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) and Local Rule 103.8.b.

/s/
Paul W. Grimm
United States District Judge

L.R. 103.8.b Order of Dismissal (Rev. 1/2000)