# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
*Southern Division*

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No.: PWG-17-3501 |
| **$48,382 IN U.S. CURRENCY** | * | |
| **Defendant.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Claimant Alba Ramirez filed on October 4, 2018 a "correspondence" regarding the claim she has made to the assets held in this case. However, this filing is entirely in Spanish. ECF No. 7. If Ms. Ramirez wants the Court to consider this filing, it must be in English. The Court hereby directs Ms. Ramirez to resubmit her filing in English by November 8, 2018. If she fails to do so her claim is subject to being stricken pursuant to supplemental Rule G(5)(c)(i)(A).

DATED this 18th day of October, 2018.

BY THE COURT:

_____/s/_____
Paul W. Grimm
United States District Judge

spr