

Hyattsville, MD
Octubre 30, 2018

To whom it May concern:

Me, Alba by Carmen Maldonado Ramirez, with address at 8127 15th. Avenue, Apt # 203, Hayttsville MD 20783, I DECLARE THAT:

The money that is being withheld by the police authorities is honest and I gathered it based on my work, selling food to my neighbors and people who referred me, such as catering at parties and other events, I also sell products such as perfumes and cosmetics from Mary Kay, Jafra, Cerma and other cosmetology companies. This income I used to support my family, my 2 children of 5 and 9 years old, pay the rent of $ 1,564.00 per month, food, clothing and education.

I want to clarify that with Mr. Julio Rene Landaberry Rosa we have been living only for 3 years, I met him when he came to my apartment one day to buy food and then he started to visit me until I fell in love, we had sex only once and I was pregnant with my child, the only thing I knew about Mr. Landaberry was that he was working on the construction. When my child was born it was always the same distant relationship and he came to my apartment very rarely, he was always an irresponsible person, without interest to form a family, he did not know that we had a son forgetting the responsibility of being a father. He gave me money only a few times or when our son was sick. One day he proposed me to move to my apartment to share together our son and I innocently agreed, I have repented a lot of this decision because the only thing I have found are many and big problems. We never talk about our past, present or future. Mr. Landaberry left the apartment, supposedly to work in construction and came back very late, drunk, spent more time in the street than with me, the only thing he did was sometimes give me $ 600.00 for rent, he never helped me to maintain our son.

I have asked him many times to move out of my apartment and leave me alone with my children because he was a bad example for the children. He drinks a lot of liquor and I only receive bad treatment and physical abuse, he abuses the innocence of our little son. I am very afraid for the integrity of my life and that of my children of 5 and 9 years old. With the accusation of drug trafficking that the Police made to Mr. Landaberry I am terrified of his presence, I think he is not a person to trust.

Again and as many times as I have to declare and / or be asked in any legal matter, I will always say and swear that the money that they have withheld from me is of my property earned honestly, with much sacrament and of many privations. Sincerely,

*Alba Maldonado.*

Alba Maldonado
(240)790 - 6847

A quien corresponda:

Yo, Alba del Carmen Maldonado Ramirez, con direccion en 8127 15th Ave apt. # 203 declaro que el dinero que esta siendo objecionado por las autoridades es honesto y lo reuni en base a mi trabajo vendiendo comida a vecinos, y gente que me referian, como velorios y otros acontecimientos, tambien ofrecia a la venta perfumes con medicare, Jafra, cerma, y otro productos para sustentar mi familia, pagar renta alimentacion y vestido de los mismo, quiero aclarar que con mi pareja Julio Rene Landaberry Rosa estamos conviviendo hacen tres anos recien, lo conoci cuando vino a comparer comida con un cliente y luego frecuento mi apartamento me cayo bien el me conquisto la unica vez que tuve relaciones intimas con el quede embarazada, lo unico que sabia de el que atrabajaba en construccion cuando nacio nuestro hijo era la misma relation distante no nos veiamos mucho y el venia a mi apartamenato a visitarme y ver al nino de vez en cuando, siempre fue una persona sin inteares en formar una familia, muchas veces ignoraba que teniamos un hijo juntos olvidandose la responsabilidad de padre, me daba dinero cuando yo le pedia, cuando mi hijo tenia necesidades, pues un dia vino y me propuso moverse a mi apartamento para compartir juntos le acepte y me arrepiento mucho de esta decicion, pues lo unico que me trajo fue problemas, nunca hablamos de nuestros pasado, presente ni futuro el entrabaja y salia de mi apartamenato con el pretexto de trabajar, retornaba tarde en la noche, jamas confio en mi, lo que siempre supe de el es que trabajaba en construccion, yo segui con mi actividad vendiendo comida y ahorrando para que no les falte nada a mis hijos me di cuenta tarde que el era una persona de la calle y paraba mas con amigos y dedicado al alcohol, lo unico que hacia era pagar la renta $600 mensual, jamas me ayudo economicamenate con nada ni para la comida.

Actualmente le pedi innumerable veces que se fuera y me dejara sola con mis hijos, porque el es un mal ejemplo para ellos, toma mucho, retorna altas horas de la noche ebrio, solo recibo maltrato de palabra y abuso fisico, abusa de la inocencia de mi pequeno hijo de 5 anos de edad, lo tiene en casa agena hasta tardes horas de la noche, lo despierta no importa la hora que llegue, solo Dios sabe donde lo lleva, tengo miedo de la integridad y su vida, con la acusacion que le hicieron de trafico de drog, me da terror a su persona, tengo una nina de 9 anos por quien tambien me aterra, el senor landaberry no es de confiar nunca mas.

Nuevamente y cuantas veces me pregunten en cualquier estrado judicial el dinero que esta detenido es de mi pertenencia honestamente ganado con mucho sacrificio y privaciones

Alba Maldonado.
240-790-6847