## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670
(301) 344-3910 FAX

May 13, 2019

RE: *United States of America v. $48,382 in U.S. Currency*
Case No.: PWG-17-3501

### LETTER ORDER

    The Government filed a Complaint for Forfeiture against $48,382 in U.S. Currency ("Defendant Currency") on November 22, 2017. ECF No. 1. The Government had seized the Defendant Currency "from Julio Rene Landaverry-Rosa during the execution of a search and seizure warrant at 8127 15th Avenue, #213, Hyattsville, Maryland." Gov't Mot. to Strike 1, ECF No. 6. According to the Government, the Defendant Currency "is subject to forfeiture because it is currency that was furnished or intended to be furnished in exchange for a controlled substance, or constituted proceeds traceable to an exchange of controlled substances or moneys used to facilitate a violation of the Controlled Substances Act." *Id.*

    Claimant Alba Ramirez filed a Seized Asset Claim Form regarding the Defendant Currency on January 29, 2018, ECF No. 4, but despite reminders from the Government, *see* ECF Nos. 6-1, 6-3, she did not file an Answer. On this basis, the Government filed a Motion to Strike her Claim Form, contending that, pursuant to Supplemental Rule G(5)(b), a claim cannot be filed without an Answer. Gov't Mot. to Strike 2. In response, Ms. Ramirez filed "correspondence" entirely in Spanish. ECF No. 7. I directed Ms. Ramirez to resubmit her filing in English by November 8, 2018. On October 31, 2018, Ms. Ramirez filed a declaration, explaining how she earned the defendant currency and the nature of her relationship with Julio Rene Landaverry-Rosa, with whom she lived at the address where Government seized the Defendant Currency. ECF No. 9.

    I construe Ms. Ramirez's declaration to be an Answer. *See* Fed. R. Civ. P. 1. Because Ms. Ramirez has filed an Answer, the Government's Motion to Strike, ECF No. 6, IS DENIED. The Government shall file a proposed discovery schedule by May 28, 2019.

/S/ 5/14/19
Paul W. Grimm
United States District Judge

lyb